# Exhibit 1 - Email

From: **Administrator** <Administrator@depestino.perfectsoccerskills.com>
Date: Sun, Dec 24, 2023, 1:26 PM
Subject: [INTEGRISOK BREACH] Your personal data is selling on the darknet
To: <johnstonspatch6@gmail.com>

Integris Health (integrisok.com) was breached on November 2023. The data of over 2 million patients was compromised including SSN, DOB, Address, Phone, Insurance Information, and Employer Information. This data will sell on the darknet and be used for fraud and identity theft. If you are receiving this message, your data have been compromised. We provide a sample of your data as proof.

OKLAHOMA CITY OK
405-888-6957,
2016

We have contacted Integris Health, but they refuse to resolve this issue. We give you the opportunity to remove your personal data from our databases before we sell the entire database to data brokers on Jan 5 2024.

Our tor shop allows users to purchase data for fraud. Any buyer can purchase data "exclusively" for 50$. This gives the buyer exclusive rights on the data and will remove the data from the shop completely. This feature is useful for fraud activity such as identity theft, opening SIM lines, opening bank accounts, taking out loans, and making USA companies. A buyer can also purchase data without exclusive rights for 3$. In this case, the data will still be listed on the shop.

You can remove your data from our shop and protect it from future fraud by purchasing exclusive rights on it (50$).

Instructions to access our shop:

1) Download and install Tor Browser from: https://torproject.org/
2) Navigate to: http://3z3si7qa7e6uujcft7j5mmns4p3cy7dmmggkgfo7bssvbrh4v56j6byd.onion/register
3) Create an account and login
4) Purchase credits with BTC (https://coinbase.com https://binance.com)
5) Find your data and click "REMOVE"

If you purchase the 50$, and you are unhappy about this data, contact our support at data.seller@onionmail.org and we will refund you 45$ then add the data back to the shop and it will show +1 for Buys. We keep 5$ because you still view the data.

If you have questions or problems, contact data.seller@onionmail.org